U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR 26 2014

TONY R. MOORE, CLERK
BY_____ DEPUTY

Form to be used by a prisoner filing a civil rights complaint under
THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

SHANNON PAUL ISRAEL, 172356
_____
**Full Name of Plaintiff, Prisoner Number**

Calcasieu Correctional Center;
Probation + Parole office; Cecil Ashford
Parole officer; Allen Parish Sheriff's office;
VS. Deputy Mike Dotson Allen Parish Sheriffs office;
Kinder Police Dept.; Kinder Police Chief Gary
Pelican; Allen Parish D.A.'s office; Rod Bertrand;
+ Joe Green Asst. D.A.; Pat Cole District Judge,
_____
**Full Name of Defendant**

2:14-cv-0665 SecP
_____
Civil Action

_____
Judge

_____
Magistrate Judge

## COMPLAINT

I. **Previous Lawsuits**

   A. Have you begun any other lawsuit while incarcerated or detained in any facility?
      Yes _____   No ✓

   B. If your answer to the preceding question is yes, provide the following information.

      1. State the court(s) where each lawsuit was filed (if federal, identify the District; if state court, identify the county or parish).

         _____

         _____

      2. Name the parties to the previous lawsuit(s):

         Plaintiffs: _____

         Defendants: _____

      3. Docket number(s): _____

      4. Date(s) on which each lawsuit was filed: _____

      5. Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

         _____

   C. Have you filed any lawsuit or appeal in any federal district court or appeals court which

has been dismissed?
Yes _____ No ✓

If your answer to the preceding question is yes, state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_____
_____
_____

II. A. Name of institution and address of current place of confinement:
CALCASIEU Correction Center P.O. Box 2017
LAKE CHARLES, Louisiana 70602

B. Is there a prison grievance procedure in this institution?
Yes ✓ No _____

1. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?
Yes _____ No ✓
If Yes, what is the Administrative Remedy Procedure number? _____

2. If you did not file an administrative grievance, explain why you have not done so.
Because the lawsuit I'm filing is for harrossment; for Threatening me

3. If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

_____
_____

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

III. Parties to Current Lawsuit:

① A. Name of Plaintiff SHANNON PAUL ISRAEL
ADDRESS P.O. Box 2017 • LAKE CHARLES, Louisiana 70602

B. DEFENDANT, Probation AND Parole OFFICE IS EMPLOYED AS
Probation AND Parole OFFICERS AT P.O. Box 16927 EASTSIDE STATION Lake CHARLES, LOUISIANA, 70616

DEFENDANT, Allen PARISH SHERIFF OFFICE IS EMPLOYED AS
PARISH SHERIFF'S OFFICERS AT P.O. Box 278 Oberlin, Louisiana 70655

DEFENDANT, KINDER POLICE DEPARTMENT IS EMPLOYED AS
CITY POLICE OFFICERS AT HWY 190 E., HWY 165 N. KINDER, Louisiana 70648

DEFENDANT, Allen PARISH DISTRICT ATTORNEY IS EMPLOYED AS
DISTRICT ATTORNEY'S OFFICE AT 400 WEST 6th AVE. Oberlin, Louisiana 70655

DEFENDANT, ALLEN PARISH SHERIFF OFFICER IS EMPLOYED AS
Deputy. MIKE DOTSON AT P.O. Box 278 OBERLIN, LOUISIANA 70655

DEFENDANT, PAT COLE DISTRICT Judge IS EMPLOYED AS
Allen PARISH Judge AT 400 WEST 6th AVE. OBERLIN, Louisiana 70655

DEFENDANT, ROD BERTRAND ASSISTANT DISTRICT ATTORNEY IS EMPLOYED AS
ROD BERTRAND ASST. D.A. AT 400 West 6th AVE. OBERLIN, Louisiana 70655

DEFENDANT, JOE GREEN IS EMPLOYED AS
ASSISTANT DISTICT ATTORENY AT 400 West 6th AVE. Oberlin, Louisiana 70655

DEFENDANT, CECIL ASHFORD IS EMPLOYED AS
Parole OFFICER Parish Calcasieu AT P.O. Box 16927 EASTSIDE STATION LAKE CHARLES, Louisiana 70616

DEFENDANT, Gary Pelican IS EMPLOYED AS
Chief of Police Kinder AT HWY 190 E., HWY 165 N. Kinder, Louisiana 70648

IV. STATEMENT OF CLAIM

STATE the FACTS of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this Lawsuit, AND the dates upon which AND the places where the incident(s) and/or condition(s) occured. YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.

(4)

III. Parties to Current Lawsuit.
②

B. DEFENDANT, SHANNON Fontenot     IS EMPLOYED AS
Detective Kinder POLice     AT Hwy 190 E., 165 N. KINDER, Louisiana 70648

DEFENDANT, Jason Fontenot     IS EMPLOYED AS
Kinder Police Deputy     AT Hwy 190 E., Hwy 165 N. Kinder, Louisiana 70648

DEFENDANT, Calcasieu Parish Jail     IS EMPLOYED AS
Jail/Correctional center AT P.O. Box 2017 Lake Charles, Louisiana 70602

DEFENDANT, SABRINA M. LEJEUNE     IS EMPLOYED AS
TRIBLE MEMBER Kinder     AT 160 SPRUCE ST. Kinder, Louisiana 70648

DEFENDANT, Coushatta TRIBLE POLICE,     IS EMPLOYED AS
TRIBLE POLICE OFFICERS Kinder     AT Hwy 165 N. Casino Kinder, Louisiana 70648

④

IV.

① YES, I HAVE A LAWSUIT, A CIVIL SUIT AGAINST PROBATION AND PAROLE; State of Louisiana; AND ALLEN PARISH. For a sex offense I was railroaded on, where my charge was modified, AMENDED, To the despence of. A ORDER GIVEN TO ME BY A JUDGE ON MARCH 1, 2000, part of a plea Bargin agreement.

Where my parole officers stated they could over ride what any Judge says, or orders. So To give a brief run down, I was put in Jail twice For 45 days, I was beat In Jail, Told I had To put my name In the paper, AND Sign IN as A sex offender, send it in one mile in every direction, AND I was charged For Carnal Knowledge of a Juvenile, February 27, 2000.

So I Listen to the Parole officer, because I was scared on being put back in jail, I DID WHAT They said, do! IN 2005 I was violated for a sex offense, not a new one the same one. Then IN 2008 CALCASIEU PARISH PRISon Guard, came to my door stated, IF I Didn't sign Calcasieu Parish Sex OFFENDER sign out sheet I couldn't leave the Jail. She slid THE PAPER UNDER the door, IT HAD my charge was Indecent behavior with a Juvenile!

I Laughed and stated, that's not my charge, she stated yes, it is that's what I signed IN under on the computer. I refuse to sign in, my mother sent me all my paper work, From 2000, From Probation AND Parole in Ville Platt, Louisiana. Copy of the New's PAPER CLIPPING; and my minites From Beauguard Parish, along with the ORDER.

Yep, sure enough, PROBATION AND Parole changed my charge, to make it look worse than IT was. I was abused IN ALLEN Parish, Kicked out of Churches, refused Job's,

IV.
②

cursed out; wasn't aloud To go around no ones homes who had young children. Called a child molestor; accused of Being a peeping tom. MY NAME WAS SLANDERED OVER KPLC NEWS; so in 2010 of June, getting out of Prison, I was told I had to sign in as a sex offender are I COULDN'T LEAVE. I WAS TOLD THAT IF I GOT ANOTHER FELONY, IT DIDN'T MATER How long ago IT was I had a sex offense I had To sign IN.

So the whole time I was IN PRISon, I wasn't aloud To see my baby Brother, or do any other job that was around women; or young children, I could not TAKE ANY classes For job skills. Needless to say, I was Released AFTER signing IN as a sex offender, 10 Day's or so AFTER June 23, 2010, the Calcasieu Probation AND Parole officer stayed I had To sign in as a sex offender; I TRANSFERED TO AllEN PARISH, AllEN PARISH Sheriff's office, AND PROBATION AND Parole in Ville Platte, Louisiana Stated I had TEN DAY'S TO PUT MY NAME IN THE News PAPER.

OR I'd be spending alot more time behind bars, I stated will the AllEN PARISH Sheriff's office AND Probation and Parole, state that ya'll made a mistake back in 2000 so it will not look like I've Been charged with two different sex OFFENSES. The Sheriff's OFFICER, Stated (NO) they couldn't do that, sorry.

So, I Left hired a Lawyer, Filed a civil suit against Allen Parish, Probation AND Parole in Ville Platte, Louisiana, AND State of Louisiana, three PAROLE OFFICER AND A Sheriff's Deputy. AND I have an Injuction filed with

IV.

(3)

WITH THE STATE POLICE. Who has Told ME I do Not have To sign IN, Nore can anyone Treat me as a sex offender, and can't call me one either.

MY ATTORNEY'S NAME IS DONNA GRODNER 225-769-1919; but I MAY WANT SOMEONE ELSE FROM Shreveport, LA.

Sence June 30, 2010 I HAVE BEEN HARRASSED, By THE KINDER POLICE DEPARTMENT; ALLEN PARISH Sheriff's Office; I'VE BEEN PULLED OVER BY KINDER Police department, For No lisences once; IN 2011 march, then 8 more times by Kinder Police officer Jackie Hollins; 2 To see IF I had a lisences; because he thought I was someone else 3 times; 3 times To search my Truck.

ALLEN Sheriff's Office Travis Johnson, pulled me over 10 times, 1 For No Blinker; 4 times for a warning; 2011 July A Sheriff's Deputy came To my parents house and Stated I had to sign IN a sex offender; MY MOTHER EXPLAINED ABOUT THE LAWSUIT, HE called The state Police, said, he was sorry and left.

2012 I WAS pulled over at least 40 times BY the ALLEN PARISH Sheriff's office, 20 times by the Kinder Police Department; been harrassed about being a sex offender. Sheriff's Department went To my mothers, AND ASKED where I was cause I had To sign IN as a sex offender, yet again I was harrassed they called the state Police, said they were sorry, and left. So my ATTORNEY, had me move from ALLEN PARISH, cause

IV.
(4)

MY PAROLE OFFICER (Kent Fontneot) was Threatening me calling me a sex offender, refuse to let me work anywhere, B.P. OIL SPILL; U.S.A. OFF Shore; because I was convicted of a sex offense.

So I MOVED TO FENTON, Louisiana upon my ATTORNEY'S REQUEST; MY NEW PAROLE OFFICER, MR. Cecil ASHFORD; who stated to me the First Time I see Him, That He can't MAKE (me) SIGN IN as a sex offender, He can't call me a sex offender; I Don't have a Lawsuit against Calcasieu Parish and you will not either.

Then he refused me to go to work offshore, because I was a sex offender, he stated he (Cecil Ashford) couldn't make me (Shannon Israel) sign IN as a sex offender, OR call ME a sex offender, but That No one would Believe me anyway, because he is a state PAROLE officer. I had a guarenteed JOB I TEXAS, $22 a hour, $100 a day perdim. I was given a (21) day pass, but that's IT Then I had to come home for 7 day's, Because I was convicted of a sex offense!

Cecil Ashford is a sex offender Parole officer, I was lied to saying he was NOT a sex offender Parole officer.

July 12, 2013 I WAS AT COUSHOTTA CASINO CHALETTE IN KINDER, WHERE MY EX-GIRLFRIEND (SABRINA M. LEJEUNE) IS A TRIBLE MEMEBER, I WAS SWIMMING, I saw her and A FRIEND OF MINE SITTING TOGETHER, SO I WENT shook my FRIENDS HAND, smiled AT (SABRINA M. LEJEUNE) asked very NICELY IF I COULD HAVE my (Twic card) BACK. SHE

IV.
(5)

STATED SHE DIDN'T HAVE IT. THAT I NEED TO LEAVE The CHALLETTES, before she calls (TRIBLE POLICE), I STATED go ahead I'm NOT DOING ANYTHING wrong, (SABRINA M. LEJEUNE) made the call! Stated I WAS A (Child Preditor), I WENT IN TO The Lobby of the Coushatta Casino CHALLETTES asked To use Their Phone, where I TRIED TO CONTACT THE STATE POLICE AT THE GRAND Coushotta Casino. Which I Kept being put on hold.

So I CALLED THE TRIBLE POLICE where I was told a Trible Police officer would come and TALK TO me; ONLY there was NO Talking. Two TRIBLE OFFICERS GRABBED ME SLAMMED me on the Floor, put the hand cuffs on me so tight I STILL HAVE PROBLEMS with my hands. My RIGHT RIST Fills like someones poking it and ~~Stabi~~ Twisting a KNIFE IN IT.

STATED, I (Shannon Paul Israel) was a (Child Preditor) IN FRONT OF ALOT OF PEOPLE, THAT They THe Trible Police would make sure I never see daylight Again, They will Teach me a Lesson, I STATED I'M NOT A (CHILD PREDITOR), I was Then thrown into the back of a cop car. (THREATENED), that IF I DIDN'T SHUT UP, HE WOULD GET ME TO The Jail AND HAVE Them beat me. So by this time there was 5 COUSHATTA TRIBE COPS, AND A SUPERVISIOR THREATENING ME, 1 Female TRIBLE COP (MRS. Kristle-John) who stated, YES THAT THE same guy my sister (Jessica-John), TRIBLE MEMBER; said, she thinks has been stalking her.

So upon myself (Shannon Paul Israel) getting to the ALLEN PARISH Jail I was (dragged) out of the cop car, harrassed; Threatened, they would kill me; Then the Trible officers phone rang it was the STATE

POLICE WHO STATED, I DO HAVE A PENDING CIVIL SUIT, that They couldn't charge me. As a (Child Preditor); SO INSTEAD I was charged for, "DISTURBING the Peace, Terrorizing AND THREATENING a Public official. Terrorizing I was released on my own RECOGNIZANCE, $500 ON THREATENING, $500 on Disturbing the peace. By Judge Patrisha Cole.

I Told Judge Cole I couldn't be in court because of my civil suit against the Parish of ALLEN; that IT's Violation of my civil rights, I wanted to recues the ALLEN PARISH COURT HOUSE AND D.A. OFFICE, AND Sheriff's office. She stated That's Just To BAD! Plus Judge Pat Cole was my Assistant District ATTORNEY 1998, her husband was my councilor when I was young. AND SOMEONE GAVE ME AN ILLEGAL SENTANCE IN 1998; What's on my Transcript IS The same thing on my minites, they say the same thing, I Also HAVE TWO DIFFerent Docket numbers same case. YOU WOULD HAVE TO SEE IT TO BELEAVE IT.

ASSISTANT District ATTORNEY (ROD BERTRAND), AND (Rylo LEJEUNE, AND SABRINA M. LEJEUNE) ALL WORKED TOGETHER ON THE BEZERVATION OF the Coushatta tribe, For 5 YEARS! (JOE GREEN) ASSISTANT D.A. Keeps Telling me how he's going to send me Away for the rest of my life, AS A (CHILD PREDITOR).

City Chief of Police (Gary Pelican) Threatened (Sabrina M. LEJEUNE) This Is on Tape, He would take away her son if she didn't press charges on me, (Shannon P. Israel), because I (Shannon P. Israel) Will not win Any civil suit in his Parish. ON (08-14-2013) I was chased on foot by the Kinder Police officer Jason Fontenot, TAZED ME, SLAMMED ME on the ground stated I had a warrent for breaking into (Sabrina LEJEUNEs) houses! Where (Sabrina LEJEUNE) bonded me out of Jail, said, she didn't Press charges against me that, she knows I didn't break into her house. That Kinder Police Department pressed charges; against me. That I'll Learn To keep (Chief of Police Gary Pelicans) name out of my (Shannon P. Israels) mouth. I'm A POOR PIECE OF CRAP.

IV,

⑦  So upon my self Bonding out of Jail. Detective Shannon Fontenot, with the Kinder Police department, sent (Jeffery Fontont) my cuzzin To, the house where I was staying, in Reeves, La with his Uncle Quincy Socileay, while working IN LAKE CHARLES, LA. ANY How without anyone's permission, And Being threatened By (Detective Shannon Fontenot)! (Jeffery Fontont) went into his Uncles House, filled to bag's up with someones cloths And Brought IT To, (Detective Shannon Fontenot), and (Deputy Jason Fontenot) at the Reeves, School. (Jeffery Fontnot state he will write an AFFIDAVIT. HE AlSo TOLD (Jeffery) IT Didn't matter because I'll never win my civil suit any how, cause (Detective Shannon Fontenot) would put me away for the rest of my life; he will keep setting me up If he has to.

Now, Deputy Mike Dotson, threatened To shoot And Kill me, 03-10-2014 in the Calcasieu Correctional center around 3:00pm when I was To BE TRANSPORTED TO ALLEN Parish. I was also placed IN a cell with no water, cell #11 on the 3rd floor, which was a suicide cell, there was 4 day old Pee + Pute in the toilet, no running water. I was Treatened.

AND I have been in a (SEX OFFENDER) dorm now in the Calcasieu Correctional Center B-7-S For 125 DAYS; where I'm refused a job for Trustee; I'm TOLD That this is all the room they have; AND they keep putting me back I a (SEX OFFender) Dorm. All the guards here call me a sex offender.

       Thank You very much
       Shannon P Saul

_I Pray, The Court would at least see, or look Into this matter. Thank you very much._

V. **Relief**

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

_A Copy Of This Paperwork; AND AN ATTORNEY From Shreveport, LA; I'D Like For my Parole To Be REINSTATED; me RELEASED FROM Jail; AND my Charges Looked INTo; I Need A Civil & Criminal ATTORNEY._

VI. **Plaintiff's Declaration**

A. I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

B. I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

Signed this _23_ day of _March_, _2014_.

_172356_
Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons or Alien registration number)

_Shannon P Israel_
Signature of Plaintiff

5/2006

# INSTRUCTIONS FOR FILING A
## CIVIL RIGHTS COMPLAINT BY A PRISONER PURSUANT TO 42 U.S.C. § 1983

1. **FILL OUT THE FORM:** Your complaint must conform to the following instructions and must be on the attached form; otherwise it will be returned to you. You may attach additional pages where necessary. You must file a separate complaint for each claim unless the claims are related to the same incident or issue

2. **STATE ONLY FACTS.** Your complaint must include only facts -- not legal arguments or citations. In order to state a claim under §1983, you must state facts which show that the named defendant(s) violated your rights secured by the Constitution.

3. **TYPE OR PRINT THE COMPLAINT.** Your complaint must be typed or legibly handwritten.

4. **PAPER SIZE.** All pleadings and other papers submitted for filing must be on 8½" x 11" paper (letter size paper not legal size paper).

5. **SIGN THE COMPLAINT.** The plaintiff must sign the complaint. The signature does not need to be notarized. The complaint must bear an original signature and not a copy.

6. **LOCATION OF DEFENDANT(S).** Your complaint can be filed in this court (the Western District of Louisiana) only if one or more of the named defendants are located within this district.

7. **FEES AND COSTS.** You must pay a filing fee of $350. If you are unable to pay the entire filing fee and service costs for this action, you may petition the court to proceed as a pauper ("*in forma pauperis*"). However, even if the court grants your request, you will be required to pay the full filing fee in accordance with the requirements set forth on the application to proceed *in forma pauperis* which is attached.

8. **PROCEEDING *IN FORMA PAUPERIS*.** If you are proceeding under 28 U.S.C. § 1915, *et seq.*, the court wil review your complant before ordering service of process on the defendants. The review will determine whether the complaint is legally frivolous or malicious, or fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. *See*, 28 U.S.C. § 1915(e)(2). Your complaint will also be reviewed to determine whether you should be required to exhaust administrative remedies. *See*, 42 U.S.C. § 1997e(a).

9. **THREE OR MORE SUITS.** If you have filed three or more civil actions and/or appeals while incarcerated or detained, and the actions have been dismissed on grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, you will not be permitted to proceed *in forma pauperis* unless you are under imminent personal danger. *See*, 28 U.S.C. § 1915(g).

10. **WHERE TO MAIL.** When the complaint and/or pauper application is completed, mail the original to the Clerk of the United States District Court for the Western District of Louisiana, 300 Fannin Street, Suite 1167, Shreveport, LA 71101-3083.

11. **SERVICE OF PROCESS.** The Marshal will serve the defendant(s) only if the service costs have been paid, or the court has granted the application to proceed *in forma pauperis*. You must furnish the Marshal with a correct and complete name and address for each defendant.

12. **COPIES.** You must pay the Clerk for any copies of your complaint or other court records, even if you are proceeding *in forma pauperis*.